# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY J. BUTLER,<br><br>                                Plaintiff,<br>    vs.<br><br>COURTESY CHEVROLET CENTER, INC.,<br><br>                               Defendant. | CASE NO. 07CV1884 WQH (BLM)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS THIS CASE IN ITS ENTIRETY AND WITH PREJUDICE (Doc. # 8) |

HAYES, Judge:

      On September 26, 2007, Plaintiff Terry J. Butler filed the Complaint in this matter against Defendant Courtesy Chevrolet Center, Inc. (Doc. # 1). On November 5, 2007, the parties filed a joint motion to dismiss this case in its entirety and with prejudice. (Doc. # 8). Good cause appearing, the joint motion to dismiss (Doc. # 8) is GRANTED.

      Pursuant to the joint motion (Doc. # 8), this case is hereby DISMISSED in its entirety and with prejudice. In addition, all other currently pending motions in this case, *see* Docs. # 6, 10, are hereby DENIED as moot. The Clerk of the Court is Ordered to close this case.

      **IT IS SO ORDERED**.

DATED: November 16, 2007

                                                          *William Q. Hayes*<br>
                                                      **WILLIAM Q. HAYES**<br>
                                                      United States District Judge